Mary Ann Kuehn, Appellant, v. Nicholas H. Kuehn, Jr., Appellee.

Gen. No. 43,719.

opinion filed May 20, 1947; released for publication June 9, 1947. Teed & Johnson, for appellant; Hugh E. Johnson, of counsel; no appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.